# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANABEL RUIZ and ERICK GOMEZ, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALL-AMERICAN & ASSOCIATES, *et al.*,<br><br>        Defendants. | Case No.:   2:10-cv-01312-GMN-GWF<br><br>**ORDER**<br><br>Motion to Withdraw as Counsel (#84) |

      This matter comes before the Court on Charles Damus, Esq.'s Motion to Withdraw as Attorney of Record for Defendants Jim Spallitta[1], Donnita Spallitta and All American Painting, Wall-Covering & Drywall, LLC (#84), filed on March 19, 2012.  To date, no party has filed a response to this motion and the time for opposition has now expired.  Furthermore, the movant substantially establishes good cause for the withdrawal.  Accordingly,

      **IT IS HEREBY ORDERED** that Charles Damus, Esq.'s Motion to Withdraw as Attorney of Record for Defendants Jim Spallitta, Donnita Spallitta and All American Painting, Wall-Covering & Drywall, LLC (#84) is **granted.**

      **IT IS FURTHER ORDERED** that All American Painting, Wall-Covering & Drywall, LLC shall have until **May 4, 2012**, to retain new counsel if it intends to continue to litigate this matter. A corporation may appear in federal court only through licensed counsel.  *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

. . .

. . .

---

    [1] Jim Spallitta died shortly after the commencement of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. add the last known address of Donnita Spallitta and All American Painting, Wall-Covering & Drywall, LLC to the civil docket:

> **Donnita Spallitta**
> 260 Arch Hill Street
> Henderson, Nevada 89053
>
> **All American Painting, Wall-Covering & Drywall, LLC**
> 260 Arch Hill Street
> Henderson, Nevada 89053

3. serve Donnita Spallitta and All American Painting, Wall-Covering & Drywall, LLC with a copy of this order at their last known addresses listed above.

DATED this 6th day of April, 2012

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**