## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANABEL RUIZ, et al., ) | |
| ) | Case No.: 2:10-cv-01312-GMN-GWF |
| Plaintiffs, ) | |
| vs. ) | **ORDER** |
| ) | |
| JIM SPALLITTA, *dba* ALL-AMERICAN PAINTING, WALLCOVERING & DRYWALL, et al. ) ) ) ) | |
| Defendants. ) ) | |

Before the Court for consideration is the Findings & Recommendation and Order (ECF No. 98) of the Honorable George W. Foley, Jr., United States Magistrate Judge, entered May 29, 2012. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Foley's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Magistrate Judge Foley's Recommendation is hereby **ACCEPTED,** and Defendant, ALL-AMERICAN PAINTING, WALLCOVERING & DRYWALL, LLC's Answer (ECF No. 46) is hereby **STRICKEN**, and **the Clerk of the Court is directed to enter default against Defendant, ALL-AMERICAN PAINTING, WALLCOVERING & DRYWALL, LLC,** based on Defendant's failure to comply with this Court's Order (ECF No. 91) to retain counsel.

**DATED** this 18th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge